

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-17-00825-CR and 04-17-00835-CR

James **STRIBLIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2013CR4271 and 2013CR4270
Honorable Jefferson Moore, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgments of the trial court are AFFIRMED.

SIGNED December 19, 2018.

_____
Patricia O. Alvarez, Justice